# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OSCAR LOPEZ, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-16-964-M |
| SCOTT PRUITT, | ) |
| Respondent. | ) |

## ORDER

On February 7, 2017, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought seeking a writ of mandamus. The Magistrate Judge recommended the dismissal of this action under Federal Rule of Civil Procedure 41(b), without prejudice to refiling. Petitioner was advised of his right to object to the Report and Recommendation. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 14] issued by the Magistrate Judge on February 7, 2017, and

(2) DISMISSES this action without prejudice to refiling.

**IT IS SO ORDERED this 8th day of March, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE